

COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON

**ORDER ON MOTION**

Cause Number:  01-14-00350-CV

Trial Court Cause
Number:  55385

Style:  Thurman  H.  West

  **v**  Gwendolyn  Meshalle West

Date motion filed*:  November 13, 2015

Type of motion:  Extend Time to File Appellant's Response to Motion for Rehearing

Party filing motion:  Appellant

Document to be filed:  Response to Motion for Rehearing

Is appeal accelerated?  ☐ Yes  ☒ No

If motion to extend time:

  Original due date:  November 17, 2015

  Number of previous extensions granted:  0

  Date Requested:  January 18, 2016

Ordered that motion is:

  ☒  Granted

    If document is to be filed, document due:  January 18, 2016

    ☐ Absent extraordinary circumstances, the Court will not grant additional motions to extend time

  ☐  Denied

  ☐  Dismissed (*e.g.*, want of jurisdiction, moot)

  ☐  Other: _____

Judge's signature:  /s/ Terry Jennings
      ☒ Acting individually    ☐ Acting for the Court

Panel consists of _____

Date: November 24, 2015